UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MALCOLM A. KING ADDY AKA KING ADDY,<br><br>　　　　Defendant. | No. CV13-01667-JAK (JPRx)<br><br>**CLERK'S NOTICE OF<br>POSTJUDGMENT GARNISHMENT**<br><br>HON. JOHN A. KRONSTADT. |

///
///
///
///
///
///
///
///
///

TO MALCOLM A. KING ADDY AKA KING ADDY:

You are hereby notified that the funds held by garnishee **STAR REAL ESTATE.,ATTN.: PAYROLL DEPARTMENT** are being taken by the United States of America (the Government), which has a court judgment in the above-captioned case in the amount of **$5,598.04** plus daily interest. As of **April 25, 2017**, the balance is **$5,618.03 plus daily interest in the amount of $0.02**.

The Federal Debt Collection Procedures Act requires the garnishee to file an Answer to the writ of garnishment. 28 U.S.C. § 3205(c)(4). The Answer is required to state whether the garnishee has custody, control or possession of property belonging to the judgment debtor, a description of the property and a statement or its value, a description of any previous garnishments of the property, and the amount that the garnishee anticipates owing the judgment debtor in the future.

The Act further provides that within 20 days following the receipt of the answer, either the United States or the judgment debtor may file a written objection to the answer and a request a hearing. The objection shall identify the party filing it and shall state the grounds for the objection to the answer. 28 U.S.C. § 3205(c)(5). The court shall conduct a hearing on the objection to the answer of the garnishee within 10 days after service of the request, or as soon thereafter as practicable. Id. Any objection to the answer filed by the garnishee must be set forth in a pleading and filed by the judgment debtor or the United States with the Clerk of the United States District Court.

-1-

If no objection to the answer of the garnishee is filed, and no request for a hearing is received by the court, the court shall promptly enter an order directing the garnishee as to the disposition of the debtor's nonexempt interest in the garnished property. If a hearing is timely requested, the order for disposition of the property shall be entered by the court within 5 days after the hearing, or as soon as practicable. 28 U.S.C. § 3205(c)(7).

In addition, YOU ARE HEREBY NOTIFIED that there are exemptions under the law which may protect some of the property from being taken by the Government if you can show that the exemptions apply. Attached is a summary of the major exemptions which apply in most situations in the State of California.

You have a right to ask the Court to return your property to you if you think you do not owe the money to the government that it claims you do, or if you think the property the Government is taking qualifies under one of the exemptions.

You must either mail your request for hearing, or deliver it in person, to the Clerk of the United States District Court at 312 North Spring Street, Los Angeles, California 90012. You must also send a copy of your request to Goldsmith & Hull, A P.C., 16933 Parthenia Street, Suite 110, Northridge, CA 91343, so the United States will know you want a hearing. **If you wish, you may use the attached form to request the hearing**.

The hearing will take place within 5 days after the Clerk receives your request, if you ask for it to take place that quickly, or as soon after that as possible.

1    At the hearing, you may explain to the judge why you
2 believe the property the Government has taken is exempt or if
3 you think you do not owe the money to the United States
4 Government that it says you do.  If you do not request a hearing
5 within 20 days of receiving this notice, your property may be
6 sold at public auction with the proceeds applied toward the
7 money you owe the Government.
8    If you think you live outside the federal judicial district
9 in which the court is located, you may request, no later than 20
10 days after you receive this notice, that this proceeding to take
11 your property be transferred by the court to the federal
12 judicial district in which you reside.  You must make your
13 request in writing, and either mail it or deliver it in person
14 to the Clerk of the Court at 312 North Spring Street, Los
15 Angeles, California 90012.  [**You must also send a copy of your**
16 **request to Goldsmith & Hull, A P.C., 16933 Parthenia Street**,
17 **Suite 110, Northridge, CA 91343, so the Government will know you**
18 **want the proceeding to be transferred.]**  Be sure to keep a copy
19 of this notice for your own records.  If you have any questions
20 about your rights or about this procedure, you should contact a
21 lawyer, an officer of public legal assistance, or the Clerk of
22 //
23 //
24 //

the Court.  The Clerk is not permitted to give legal advice, but can refer you to other sources of information.

DATED: __May 22, 2017__

                KIRY GRAY
                CLERK, UNITED STATES DISTRICT COURT

                _____
                BY:   DEPUTY CLERK