GOLDSMITH & HULL. A P.C./CDCS961
William I. Goldsmith SBN 82183
Michael L. Goldsmith SBN 291700
16933 Parthenia Street, Suite 110
Northridge, CA 91343
(818) 990-6600 FAX (818) 990-6140
Govdept1@goldsmithcalaw.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 8:13-CV-01667 |
| Plaintiff, | |
| v. | **[Proposed]**<br>**ORDER DIRECTING ISSUANCE OF WRIT OF CONTINUING GARNISHMENT** |
| MALCOLM A. KING ADDY AKA KING ADDY, | **[FIG & OLIVE RESTAURANT]** |
| Defendant(s) | |

The Court, having considered the Application of the United States of America for an issuance of a Writ of Continuing Garnishment as to FIG & OLIVE RESTAURANT, ATTN.: PAYROLL DEPARTMENT, with regard to defendant judgment-debtor MALCOLM A. KING ADDY AKA KING ADDY, finds that the issuance of the Writ is proper under the circumstances of this case,

//

1  HEREBY ORDERS that the clerk of the Court shall issue a Writ of Continuing
2  Garnishment with respect to FIG & OLIVE RESTAURANT, ATTN.: PAYROLL
3  DEPARTMENT in the form submitted by the Plaintiff United States of America.

5  DATED: AUGUST 21, 2017.

_____

UNITED STATES DISTRICT JUDGE